BEFORE THE THIRD DIVISION, OCTOBER 19, 1942

**No. 47653.**—Protest 774552–G/83754 of Jay W. Rapp & Co. (Chicago).

Opinion by CLINE, J. Following *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain of the merchandise was held entitled to free entry under paragraph 1669 and some was held dutiable as drugs advanced in value or condition at 10 percent under paragraph 34, in accordance with stipulation of counsel.

**No. 47654.**—Protest 805548–G/84686 of Chee Woo Tong (Chicago).

Opinion by CLINE, J. Following *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain of the merchandise was held entitled to free entry under paragraph 1669 and some was held dutiable as drugs advanced in value or condition at 10 percent under paragraph 34, in accordance with stipulation of counsel.

**No. 47655.**—Protest 871371–G of Italian Olive Oil Corp. (New York).

Opinion by CLINE, J. It was stipulated that the olives are the same in all material respects as those the subject of *Skourtsis* v. *United States* (T. D. 48218). In accordance therewith the claim at 20 cents per gallon under paragraph 744 was sustained.

OCTOBER 20, 1942

**No. 47656.**——————————————Protest 965822–G of S. H. Kress & Co. ——————— Plaintiffs' application for rehearing granted.

BEFORE THE SECOND DIVISION, OCTOBER 21, 1942

**No. 47657.**—Protests 78732–K, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 46498 the hats in question wholly or in chief value of straw, grass, ramie, or manila hemp, not blocked or trimmed, and not bleached, dyed, colored, or stained, were held dutiable at only 25 percent ad valorem under paragraph 1504 (b) (1) as claimed.

BEFORE THE SECOND DIVISION, OCTOBER 22, 1942

**No. 47658.**—Protests 63619–K, etc., of Bacharach Industrial Instrument Co. (Pittsburgh).